UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MADJARIOU SY SAVANE,

                 Petitioner,

v.

KEVIN RAYCRAFT et al.,

                 Respondents.

_____/

Case No. 1:26-cv-1177

Honorable Paul L. Maloney

## **ORDER**

This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement. In an Opinion and Judgment entered on April 28, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Court's Opinion and Judgment with notice to the parties as soon as practicable, no later than 24 hours prior to the scheduled hearing, or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 8, 9.)

On May 5, 2026, Respondents submitted an amended status report, indicating that a bond hearing was held in Immigration Court on May 1, 2026, and that the Immigration Court had denied Petitioner's request for bond. (Am. Status Report, ECF No. 11; Bond Order, ECF No. 11-1.) On May 7, 2026, Petitioner, through counsel, filed a motion to enforce judgment, arguing that Respondents failed to comply with this Court's requirements regarding the notice provided to the

parties prior to the bond hearing. (*See* Mot. Enforce J., ECF No. 12.) Respondents have not filed a response to the motion.

Accordingly,

**IT IS ORDERED** that Respondents shall submit a response to Petitioner's motion to enforce judgment within five days of the date of this Order. Respondents' response must address Petitioner's argument regarding the notice that was provided to the parties prior to the bond hearing, including submitting any exhibits that show when and how the notice was provided. If Petitioner wishes to do so, Petitioner may file a reply within three days of Respondents' response.

Dated:  June 2, 2026                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge

2